Lena Wells Dossett v. The State.

No. 6571.  Decided December 21, 1921.

Intoxicating Liquors—Possession—Repeal of Law.

By the Second Called Session of the Thirty-seventh Legislature, amending the prohibition law, it is not now an offense to possess intoxicating liquor unless the same is for the purpose of sale, and this must be alleged and proved, following Cox v. State, 90 Texas Crim. Rep., 256, recently decided.

Appeal from the District Court of Milam.  Tried below before the Honorable John Watson.

Appeal from a conviction of the unlawful possession of intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

R. G. Storey, Assistant Attorney General, for the State.

HAWKINS, Judge.—Appellant was convicted of possessing intoxicating liquor, and sentenced to one year in the penitentiary.

By amendment of the prohibition law passed by the Second Called Session of the Thirty-seventh Legislature, it is not now an offense to possess intoxicating liquor, unless the same is had for the purpose of sale, and it is necessary to allege and to prove that it was so possessed for the purpose of sale before an offense is charged, on a conviction can be had.  No. 6423, Frank Cox v. State, 90 Texas Crim. Rep., 256; No. 6510, Petit v. State, 90 Texas Crim. Rep., 336; No. 6493, Francis v. State, 90 Texas Crim. Rep., 399; all decided at the present term of court and not yet reported.

Under the foregoing authorities it is necessary to reverse the judgment of the trial court and order the prosecution dismissed.

*Reversed and dismissed.*